# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ONSCREEN DYNAMICS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> § <br> v. § <br> § CIVIL ACTION NO.  2:23-CV-00159-JRG <br> PACCAR, INC., § <br> § <br> § <br> *Defendant*. § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff Onscreen Dynamics, LLC ("Plaintiff"). (Dkt. No. 8.) In the Notice, Plaintiff, prior to the filing of a responsive pleading by Defendant Paccar, Inc. ("Defendant"), requests dismissal of the above-captioned action without prejudice. (*Id*.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 30th day of May, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE